IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00163-CV

 

Katherine Henry, Carolyn Stone, 

and Randy Rice,

                                                                      Appellants

 v.

 

Estate of Philip Anthony Bonifazi, 

Deceased,

                                                                      Appellee

And

 

No. 10-06-00164-CV

 

KATHERINE HENRY, CAROLYN STONE,

AND RANDY RICE,

                                                                      Appellants

v.

 

ESTATE OF ANGELA BONIFAZI, DECEASED,

                                                                      Appellee

 

 



From the County Court at Law No.
1

Brazos County, Texas

Trial Court Nos. 12,009-PC-A
and 12,009-PC-B

 



MEMORANDUM  Opinion










 

          Appellants Katherine Henry, Carolyn
Stone, and Randy Rice filed notices of appeal from judgments rendered against
them.  

          Appellants’ briefs in each appeal were
due on March 15, 2007.  No briefs were filed.  The Clerk of this Court sent
letters warning that each appeal would be dismissed for want of prosecution
unless, within 21 days, appellants or any party desiring to continue each
appeal filed a response showing grounds for continuing each appeal.  Tex. R. App. P. 38.8(a)(1); 42.3(b). 
More than 21 days have passed, and we have not received a response in either
appeal from Appellants.

          The appeals are dismissed.  

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeals
dismissed

Opinion
delivered and filed April 25, 2007

[CV06]